IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GLEN WARNICK,

Plaintiff,

v.                                                    Case No. 19-cv-853 JPG

SOUTHWEST CREDIT SYSTEMS, L.P.,

Defendant.

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.


Dated: April 2, 2021          **MARGARET M. ROBERTIE, Clerk of Court**

                              **s/Tina Gray, Deputy Clerk**


**Approved:**     ***s/J. Phil Gilbert***
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**